**Irving L. CROSS, Petitioner–Appellant,**

v.

**Marcus HARDY, Acting Warden,
Respondent–Appellee.**

No. 09–1666.

United States Court of Appeals,
Seventh Circuit.

May 15, 2012.

Emily H. Eisner, Attorney, Chicago, IL, for Petitioner–Appellant.

Leah Myers Bendik, Attorney, Office of the Attorney General, Chicago, IL, for Respondent–Appellee.

Before MICHAEL S. KANNE, Circuit Judge, ILANA DIAMOND ROVNER, Circuit Judge, and ANN CLAIRE WILLIAMS, Circuit Judge.

**ORDER**

Pursuant to the decision of the Supreme Court in *Hardy v. Cross,* —— U.S. ——, 132 S.Ct. 490, 181 L.Ed.2d 468 (2011), which reversed our decision in *Cross v. Hardy,* 632 F.3d 356 (7th Cir.2011), the

---

judgment of the district court is **AFFIRMED.**